# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Briccetti, Vincent L. | U.S. District Court, Southern District of New York | 04/30/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
300 Quarropas Street
White Plains, NY 10601

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Fordham Law Alumni Association |
| 2. | Adjunct Professor of Law | Fordham Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 04/30/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | Fordham Law School teaching salary | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briccetti, Vincent L.** | 04/30/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Rental property #1, South Salem, NY (1993, $62,458) | E | Rent | L | R | | | | | |
| 2. | Chase Bank, various accounts | A | Interest | L | T | | | | | |
| 3. | Fidelity New York Municipal Income Fund (FTFMX) | A | Dividend | K | T | | | | | |
| 4. | Fidelity Treasury Fund (FZFXX) | A | Dividend | K | T | | | | | |
| 5. | NMIS General NY MM Fund Class B | A | Interest | J | T | | | | | |
| 6. | Vanguard High Yield Tax Exempt Admiral (VWALX) | B | Dividend | K | T | | | | | |
| 7. | Vanguard NY LT Tax-Exempt Fund Investor | A | Dividend | J | T | | | | | |
| 8. | IRA #5 (Fidelity) (H) | | | | | | | | | |
| 9. | - Bank of America Corp Bond | A | Interest | K | T | | | | | |
| 10. | DFA International Small Cap Value (DISVX) | B | Dividend | L | T | | | | | |
| 11. | - Fidelity Cash Reserves (FDRXX) | A | Dividend | | | Closed | 04/13/20 | L | | |
| 12. | Fidelity Treasury Money Market Fund (FZFXX) | A | Dividend | K | T | Open | 04/13/20 | L | | |
| 13. | Fidelity Inflation Protected Bond Index (FIPDX) | A | Dividend | M | T | | | | | |
| 14. | Fidelity Short Term Treasury Bond Index (FUMBX) | A | Dividend | | | Sold (part) | 01/23/20 | K | | |
| 15. | | | | | | Sold (part) | 05/18/20 | K | | |
| 16. | | | | | | Sold (part) | 06/11/20 | K | | |
| 17. | | | | | | Sold | 07/01/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Goldman Sachs Group Inc Medium Term Note | B | Interest | K | T | | | | | |
| 19. Invesco Taxable Municpal Bond Fund (BAB) | C | Dividend | M | T | Buy | 01/23/20 | L | | |
| 20. | | | | | Buy (add'l) | 04/21/20 | K | | |
| 21. Stone Ridge US Hedged Equity Fund (VRLIX) | A | Dividend | K | T | Buy | 07/30/20 | K | | |
| 22. iShares MBS ETF (MBB) | B | Dividend | M | T | Buy (add'l) | 04/21/20 | K | | |
| 23. | | | | | Buy (add'l) | 05/18/20 | K | | |
| 24. iShares Micro-Cap (IWC) | A | Dividend | K | T | | | | | |
| 25. - iShares S&P 500 Index (IVV) | C | Dividend | M | T | Sold (part) | 07/30/20 | K | | |
| 26. - PIMCO Income Instl (PIMIX) | C | Dividend | M | T | | | | | |
| 27. Stone Ridge Reinsurance Risk Premium (SRRIX) | A | Dividend | J | T | Sold (part) | 02/28/20 | K | | |
| 28. | | | | | Sold (part) | 05/29/20 | J | | |
| 29. - Vanguard Emerging Markets (VWO) | B | Dividend | L | T | | | | | |
| 30. IRA #6 (Fidelity) (H) | | | | | | | | | |
| 31. Aberdeen Asia-Pacific Income Fund (FAX) | A | Dividend | J | T | Buy | 10/06/20 | J | | |
| 32. DoubleLine Total Return Bond Fund (DBLTX) | A | Dividend | L | T | Buy | 10/06/20 | M | | |
| 33. Fidelity Treasury Money Market Fund | A | Dividend | L | T | Open | 04/13/20 | M | | |
| 34. - Fidelity Cash Reserves (FDRXX) | A | Dividend | | | Closed | 04/13/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Fidelity Floating Rate High Income (FIQSX) | B | Dividend | | | Sold (part) | 06/11/20 | K | | |
| 36. | | | | | Sold (part) | 07/30/20 | K | | |
| 37. | | | | | Sold (part) | 09/02/20 | K | | |
| 38. | | | | | Sold | 10/06/20 | K | | |
| 39. Fidelity Total Market Index (FSKAX) | B | Dividend | M | T | Buy (add'l) | 03/23/20 | J | | |
| 40. Invesco Taxable Municipal Bond ETF (BAB) | A | Dividend | K | T | Buy | 09/02/20 | K | | |
| 41. Invesco Variable Rate Investment Grade (VRIG) | B | Dividend | | | Sold | 10/06/20 | M | | |
| 42. iShares 0-5 Year Investment Grade Corporate Bond (SLQD) | A | Dividend | | | Sold (part) | 03/23/20 | K | | |
| 43. | | | | | Sold | 04/21/20 | K | | |
| 44. iShares MBS ETF (MBB) | A | Dividend | K | T | Buy | 09/02/20 | K | | |
| 45. | | | | | Buy (add'l) | 10/06/20 | K | | |
| 46. iShares Core MSCI EAFE ETF (IEFA) | A | Dividend | K | T | Buy (add'l) | 03/03/20 | J | | |
| 47. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 48. | | | | | Sold (part) | 12/07/20 | J | | |
| 49. iShares Core MSCI Emerging Markets (IEMG) | A | Dividend | K | T | Buy (add'l) | 03/11/20 | J | | |
| 50. | | | | | Sold (part) | 12/07/20 | J | | |
| 51. iShares Core S&P 500 (IVV) | B | Dividend | L | T | Sold (part) | 12/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briccetti, Vincent L.** | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | iShares Core S&P US Value (IUSV) | B | Dividend | K | T | | | | | |
| 53. | iShares Core S&P Small-Cap (IJR) | A | Dividend | K | T | | | | | |
| 54. | JPMorgan Ultra-Short Income ETF (JPST) | B | Dividend | K | T | Sold<br>(part) | 03/13/20 | L | | |
| 55. | Nuveen Credit Strategies Income Fund (JQC) | B | Dividend | K | T | Buy | 07/30/20 | K | | |
| 56. | PIMCOO Investment Grade Credit Bond Fund (PIGIX) | A | Dividend | K | T | Buy | 12/07/20 | K | | |
| 57. | Vanguard GNMA Admiral (VFIJX) | C | Dividend | M | T | Buy<br>(add'l) | 06/11/20 | K | | |
| 58. | | | | | | Buy<br>(add'l) | 07/01/20 | K | | |
| 59. | Northwestern Mutual Whole Life Policy | C | Dividend | M | T | | | | | |
| 60. | Northwestern Paid Up Life Insurance Policy #1 | B | Dividend | M | T | | | | | |
| 61. | Northwestern Paid Up Life Insurance Policy #2 | B | Dividend | M | T | | | | | |
| 62. | | | | | | | | | | |
| 63. | IRA #7 (Fidelity) (H) | | | | | | | | | |
| 64. | Fidelity Treasury Fund (FZFXX) | A | Dividend | J | T | | | | | |
| 65. | iShares Trust Core MSCI EAFE (IEFA) | A | Dividend | J | T | | | | | |
| 66. | iShares Core MSCI Emerging Markets (IEMG) | A | Dividend | K | T | | | | | |
| 67. | iShares 0-5 Year Invstment Grade Corporate (SLQD) | A | Dividend | K | T | | | | | |
| 68. | iShares Core S&P US Value ETF (IUSV) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   NY 529 #1 (H) | | | | | | | | | |
| 70.   Aggressive Growth Portfolio | None | | J | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 02/14/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 06/12/20 | J | | |
| 76. | | | | | Buy<br>(add'l) | 07/14/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 08/14/20 | J | | |
| 78. | | | | | Buy<br>(add'l) | 09/14/20 | J | | |
| 79. | | | | | Buy<br>(add'l) | 10/14/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 82.   Bond Market Index Portfolio | None | | J | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 83. | | | | | Buy<br>(add'l) | 02/14/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briccetti, Vincent L.** | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 87. | | | | | Buy (add'l) | 06/12/20 | J | | |
| 88. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 89. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 90. | | | | | Buy (add'l) | 09/14/20 | J | | |
| 91. | | | | | Buy (add'l) | 10/14/20 | J | | |
| 92. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 93. | | | | | Buy (add'l) | 12/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

401(k) #2 was completely rolled over in 2019.
On lines 11 and 34, the money market fund FDRXX was converted to FZFXX (lines 12 and 33).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Vincent L. Briccetti**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544